UNITED STATES of America,
Plaintiff–Appellee,

v.

Tan LINDBERG, Defendant–Appellant.

No. 00–15547.

D.C. Nos. CR–95–00312–DAE
CV–99–00167–DAE.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 7, 2001.*

Decided Dec. 19, 2001.

Before KOZINSKI, RYMER, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Counsel did not render ineffective assistance under *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). He pursued a coherent trial strategy, secured a downward departure that let appellant avoid incarceration and advised his client of his right to appeal.

The district court did not abuse its discretion by failing to hold an evidentiary hearing. *See Swan v. Peterson,* 6 F.3d 1373, 1384 (9th Cir.1993). "The court may deny a hearing if the [movant's] allegations, viewed against the record . . . are so palpably incredible or patently frivolous as

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

to warrant summary dismissal." *United States v. McMullen,* 98 F.3d 1155, 1159 (9th Cir.1996) (internal quotations and citations omitted).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.